**Order entered January 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00947-CR
### No. 05-11-00948-CR

### LAWRENCE REYNOLDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-38808-M

## ORDER

The Court **REINSTATES** the appeals.

On February 3, 2012 and November 15, 2012, the Court ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel David Pire; (3) the original paperwork regarding Mr. Pire's appointment to represent appellant was lost or misplaced and the trial court has executed new appointment paperwork; (4) Mr. Pire has begun work on appellant's brief; and (5) Mr. Pire can file appellant's brief within thirty days of the January 18, 2013 hearing.

We **ORDER** appellant to file his brief by **TUESDAY, FEBRUARY 19, 2013**. Because appellant's brief is already more than one year overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID W. EVANS
JUSTICE